David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, LEL B. KIHM*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LEL B. KIHM, <br><br> Plaintiff, <br><br> v. <br><br> DITECH FINANCIAL LLC; <br> EQUIFAX INFORMATION <br> SERVICES, LLC, <br><br> Defendants. | Case No. 2:17-cv-02631-GMN-VCF <br><br> **STIPULATION AND ORDER** <br> **DISMISSING ACTION AS TO** <br> **<u>EQUIFAX ONLY</u>** |

Plaintiff LEL B. KIHM and Defendant EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to,**

…

…

…

**EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: June 6, 2018

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Bradley T. Austin, Esq.<br>Bradley T. Austin, Esq.<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169<br><br>baustin@swlaw.com |

## **ORDER**

IT IS SO ORDERED.

DATED this 20 day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT