David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, LEL B. KIHM*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| LEL B. KIHM,<br><br>     Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC;<br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>     Defendants. | ) Case No. 2:17-cv-02631-GMN-VCF<br>)<br>)<br>)<br>)<br>) **STIPULATION AND ORDER**<br>) **DISMISSING ACTION AS TO**<br>) **DITECH ONLY**<br>)<br>)<br>)<br>)<br>) |

  Plaintiff LEL B. KIHM and Defendant DITECH FINANCIAL LLC hereby

stipulate and agree that the above-entitled action shall be dismissed in accordance

…

…

…

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, DITECH FINANCIAL LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated:         June 29, 2018

| | |
|---|---|
| By: | By: |
| /s/David H. Krieger, Esq. | /s/Andrew A. Bao, Esq. |
| David H. Krieger, Esq. | Andrew A. Bao, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 10508 |
| HAINES & KRIEGER, LLC | WOLFE & WYMAN, LLP |
| 8985 S. Eastern Avenue | 6757 Spencer Street |
| Suite 350 | Las Vegas, NV 89119 |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED

DATED this <u>11</u> day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE